UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| HALLENE LIETEAU,<br><br>   Plaintiff,<br><br>v.<br><br>WORLDSPAN, LP, and WORLDSPAN TECHNOLOGIES, INC.,<br><br>   Defendant. | Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANTS

  Defendants Worldspan, LP and Worldspan Technologies, Inc., pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, submit the following corporate disclosure statement:

  The sole general partner of Worldspan, LP is Worldspan Technologies, Inc., a privately held Delaware corporation. The sole limited partner of Worldspan LP is WS Holdings LLC, a Delaware limited liability company. No publicly held corporation owns 10% or more of the stock of Worldspan Technologies, Inc. or WS Holdings, LLC.

            Respectfully submitted,

            WORLDSPAN, LP and WORLDSPAN
            TECHNOLOGIES, INC.

            By its attorneys

*/s/ Allison K. Romantz*
_____
Allison K. Romantz
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

- and –

Robert E. Rigrish
FORD & HARRISON
600 Peachtree at the Circle Building
1275 Peachtree Street, N.E.
Atlanta, Georgia 30309

Date: May 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff Jonathan M. Feigenbaum, Phillips & Angley, One Bowdoin square, Boston, MA 02114 by first class mail this 14th day of May, 2004.

*/s/ Allison K. Romantz*
_____
Allison K. Romantz