**Commonwealth of Massachusetts**
**NORFOLK SUPERIOR COURT**
Case Summary
Civil Docket

# NOCV2004-00171
## Lieteau v Worldspan L P et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 01/30/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 05/17/2004 | **Session** | A - Civil A | | |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 04/29/2004 | **Answer** | 06/28/2004 | **Rule12/19/20** | 06/28/2004 |
| **Rule 15** | 06/28/2004 | **Discovery** | 11/25/2004 | **Rule 56** | 12/25/2004 |
| **Final PTC** | 01/24/2005 | **Disposition** | 03/25/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Hallene Lieteau
Active 01/30/2004

**Private Counsel 546686**
Jonathan M Feigenbaum
Phillips & Angley
1 Bowdoin Square
Boston, MA 02114
Phone: 617-367-8787
Fax: 617-227-8992
Active 01/30/2004 Notify

**Defendant**
Worldspan L P
Served: 04/27/2004
Served (answr pending) 04/30/2004

**Private Counsel 554909**
Allison K Romantz
Morgan Brown & Joy
1 Boston Place
11th floor
Boston, MA 02108-4472
Phone: 617-523-6666
Fax: 617-367-3125
Active 05/18/2004 Notify

**Defendant**
Travel Transaction Processing Corporation
Inactive 04/23/2004

**Defendant**
Worldspan Technologies, Inc.
Dismissed under time standards 05/07/2004

**Private Counsel 554909**
Allison K Romantz
Morgan Brown & Joy
1 Boston Place
11th floor
Boston, MA 02108-4472
Phone: 617-523-6666
Fax: 617-367-3125
Active 05/18/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 01/30/2004 | 1.0 | Complaint  entry fee $285 plff jury claim |

Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

## NOCV2004-00171
## Lieteau v Worldspan L P et al

| Date | Paper | Text |
|---|---|---|
| 01/30/2004 | | Origin 1, Type B22, Track F. |
| 01/30/2004 | 2.0 | Civil action cover sheet filed |
| 01/30/2004 | | fast track notice sent to plff attorney |
| 02/07/2004 | | ONE TRIAL review by Clerk, Case is to remain in the Superior Court |
| 04/23/2004 | 3.0 | Amended complaint and jury demand |
| 04/30/2004 | 4.0 | SERVICE RETURNED:in hand to C Bonney process clerk accepting for Worldspan L P(Defendant)-served on 4/27/04(rec'd 4/29/04) |
| 05/07/2004 | 5.0 | ORDER OF DISMISSAL re: Worldspan Technologies, Inc. (w/o prejudice; service not complete by 1-88 deadline). Copies mailed. |
| 05/07/2004 | | Case status changed to 'Needs review for answers' at service deadline review |
| 05/17/2004 | 6.0 | Notice of filing of Notice of Removal Directed to State Court. |
| 05/17/2004 | 7.0 | Notice of Removal . Case has been REMOVED this date to US District Court of Massachusetts     ns |

MAS-20030912                        Commonwealth of Massachusetts                        05/18/2004
ditunnoa                                             NORFOLK SUPERIOR COURT                             04:04 PM
                                                           Case Summary
                                                             Civil Docket

## NOCV2004-00171
## Lieteau v Worldspan L P et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 01/30/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 05/17/2004 | **Session** | A - Civil A | | |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 04/29/2004 | **Answer** | 06/28/2004 | **Rule12/19/20** | 06/28/2004 |
| **Rule 15** | 06/28/2004 | **Discovery** | 11/25/2004 | **Rule 56** | 12/25/2004 |
| **Final PTC** | 01/24/2005 | **Disposition** | 03/25/2005 | **Jury Trial** | Yes |

**Plaintiff**
Hallene Lieteau
Active 01/30/2004

**Private Counsel 546686**
Jonathan M Feigenbaum
Phillips & Angley
1 Bowdoin Square
Boston, MA 02114
Phone: 617-367-8787
Fax: 617-227-8992
Active 01/30/2004 Notify

**Defendant**
Worldspan L P
Served: 04/27/2004
Served (answr pending) 04/30/2004

**Private Counsel 554909**
Allison K Romantz
Morgan Brown & Joy
1 Boston Place
11th floor
Boston, MA 02108-4472
Phone: 617-523-6666
Fax: 617-367-3125
Active 05/18/2004 Notify

**Defendant**
Travel Transaction Processing Corporation
Inactive 04/23/2004

**Defendant**
Worldspan Technologies, Inc.
Dismissed under time standards 05/07/2004

**Private Counsel 554909**
Allison K Romantz
Morgan Brown & Joy
1 Boston Place
11th floor
Boston, MA 02108-4472
Phone: 617-523-6666
Fax: 617-367-3125
Active 05/18/2004 Notify

| Date | Paper | Text |
|---|---|---|
| 01/30/2004 | 1.0 | Complaint entry fee $285 plff jury claim |

MAS-20030912  
ditunnoa

Commonwealth of Massachusetts  
NORFOLK SUPERIOR COURT  
Case Summary  
Civil Docket

05/18/2004  
04:04 PM

## NOCV2004-00171
### Lieteau v Worldspan L P et al

| Date | Paper | Text |
|---|---|---|
| 01/30/2004 | | Origin 1, Type B22, Track F. |
| 01/30/2004 | 2.0 | Civil action cover sheet filed |
| 01/30/2004 | | fast track notice sent to plff attorney |
| 02/07/2004 | | ONE TRIAL review by Clerk, Case is to remain in the Superior Court |
| 04/23/2004 | 3.0 | Amended complaint and jury demand |
| 04/30/2004 | 4.0 | SERVICE RETURNED:in hand to C Bonney process clerk accepting for Worldspan L P(Defendant)-served on 4/27/04(rec'd 4/29/04) |
| 05/07/2004 | 5.0 | ORDER OF DISMISSAL re: Worldspan Technologies, Inc. (w/o prejudice; service not complete by 1-88 deadline). Copies mailed. |
| 05/07/2004 | | Case status changed to 'Needs review for answers' at service deadline review |
| 05/17/2004 | 6.0 | Notice of filing of Notice of Removal Directed to State Court. |
| 05/17/2004 | 7.0 | Notice of Removal . Case has been REMOVED this date to US District Court of Massachusetts    ns |

A TRUE COPY  
Attest: _____  
Deputy Assistant Clerk  
5/18/04