# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HALLENE LIETEAU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | |
| WORLDSPAN, LP., and | § | |
| WORLDSPAN TECHNOLOGIES, | § | |
| INC. | § | |
| | § | |
| Defendant. | § | |

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## ASSENTED-TO MOTION FOR ADMISSION
### *PRO HAC VICE* OF ROBERT RIGRISH

Defendants, Worldspan, LP. and Worldspan Technolgoies, Inc., by its counsel, Allison K. Romantz, an attorney at the firm of Morgan, Brown & Joy, LLP, pursuant to Local Rule 83.5.3(b), moves the Court to admit Robert Rigrish, attorney at the law firm of Ford & Harrison, LLP, 1275 Peachtree Street, N.E. , Suite 600, Atlanta, Georgia 30309, (404) 888-3867, *pro hac vice.*

In support of this motion, defendant states:

1.      Mr. Rigrish is presently admitted to practice before the courts of the States of Georgia and Alabama.  His admissions have been and are in good standing.  Mr. Rigrish is also admitted to the following federal courts:

| | |
|---|---|
| Second Circuit Court of Appeals | 1999 |
| Third Circuit Court of Appeals | 1994 |

1

| | |
|---|---|
| Fourth Circuit Court of Appeals | 1988 |
| Fifth Circuit Court of Appeals | 1991 |
| Sixth Circuit Court of Appeals | 1998 |
| Ninth Circuit Court of Appeals | 1988 |
| Eleventh Circuit Court of Appeals | 1986 |
| Federal Circuit | 1988 |
| Northern District of Georgia | 1991 |
| Middle District of Georgia | 1991 |
| Middle District of Alabama | 2002 |
| Northern District of Alabama | 1991 |
| Northern District of Ohio | 1995 |

A certificate of good standing for the Bar of the Northern District of Georgia is attached as Exhibit A.

2.      Mr. Rigrish understands that he is charged with knowing and complying with the Local Rules of this Court. He has never been disciplined by any Court for any reason. There are no pending disciplinary proceedings against Mr. Rigrish.

3.      An Affidavit by Mr. Rigrish certifying the information about himself contained in this motion is attached hereto as Exhibit B.

4.      Allison K. Romantz, an attorney with the firm Morgan, Brown & Joy, LLP, One Boston Place, Boston, MA  02108, (617) 623-6666, and a member of the bar of this

Court, supports this application and shall also appear on behalf of the defendant. Ms. Romantz and her firm will receive service of pleadings, documents and communications from plaintiff's counsel and the Court on behalf of the defendant.

5.    Counsel for plaintiff assents to allowance of this motion.

6.    Enclosed with this motion is the check in the appropriate amount, as required by Appendix A to Local Rule 4.5.

7.    Plaintiff's counsel has indicated his assent to this motion.


WHEREAS, Defendant respectfully moves the Court to grant the Motion and admit Robert Rigrish to appear in this matter *pro hac vice*.

3

Respectfully submitted,

MORGAN, BROWN & JOY LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

_____
Allison K. Romantz (BBO #554909)

Dated: May 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Jonathan Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114, by facsimile and first-class U.S. mail this 27 day of May 2004.

4