UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| HALLENE LIETEAU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:04-cv-10967-GAO |
| | § | |
| WORLDSPAN, LP. AND, | § | |
| WORLDSPAN TECHNOLOGIES, | § | |
| INC. | § | |
| | § | |
| Defendants. | § | |

## ASSENTED-TO MOTION FOR ADMISSION
## *PRO HAC VICE* OF CHAD A. SHULTZ

Defendants, Worldspan, LP. and Worldspan Technologies, Inc., by its counsel, Allison K. Romantz, an attorney at the firm of Morgan, Brown & Joy, LLP, pursuant to Local Rule 83.5.3(b), move the Court to admit Chad A. Shultz, attorney at the law firm of Ford & Harrison LLP, 1275 Peachtree Street, N.E., Suite 600, Atlanta, Georgia 30309, (404) 888-3800 *pro hac vice.*

In support of this motion, defendants state:

1.    Mr. Shultz is presently been admitted to practice before the courts of the States of Georgia. His admission has been and is in good standing. Mr. Shultz is also admitted to the following courts:

1

| <u>Court</u> | <u>Date Admitted</u> |
|---|---|
| United States District Court | |
|     Northern District of Georgia | 1990 |
|     Middle District of Georgia | 1992 |
| Georgia Court of Appeals | 12/89 |
| Georgia Supreme Court | 12/89 |
| U.S. Supreme Court | 7/17/98 |

A certificate of good standing for the United States District Court for the Northern District of Georgia is attached as Exhibit A.

2.    Mr. Shultz understands that he is charged with knowing and complying with the Local Rules of this Court. He has never been disciplined by any Court for any reason. There are no pending disciplinary proceedings against Mr. Shultz.

3.    An Affidavit by Mr. Shultz certifying the information about himself contained in this motion is attached hereto as Exhibit B.

4.    Allison K. Romantz, an attorney with the firm Morgan, Brown & Joy, LLP, One Boston Place, Boston, MA 02108, (617) 623-6666, and a member of the bar of this Court, supports this application and shall also appear on behalf of the defendants.    Ms. Romantz and her firm will receive service of pleadings,

documents and communications from plaintiff's counsel and the Court on behalf of defendants.

5.      Counsel for plaintiff assents to allowance of this motion.

6.      Enclosed with this motion is the check in the appropriate amount, as required by Appendix A to Local Rule 4.5.

WHEREAS, Defendants respectfully move the Court to grant the Motion and admit Chad Shultz to appear in this matter *pro hac vice.*

Respectfully submitted,

MORGAN, BROWN & JOY LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

_____
Allison K. Romantz (BBO #554909)

Dated:      September 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Jonathan Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114, by facsimile and first-class U.S. mail this 13 day of September 2004.

_____

Atlanta:351930.1

3

# EXHIBIT "A"



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**          }
                                      } **ss.**
**NORTHERN DISTRICT OF GEORGIA**      }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **CHAD ALLAN SHCULTZ, State Bar No. 644440,** was duly admitted to practice in said Court on May 16, 1990, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of September, 2004.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

# EXHIBIT "B"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Hallene Lieteau,

Plaintiff,

v.

Worldspan, L.P. and Worldspan Technologies, Inc.,

Defendants.

CASE NO. 1:04-cv-10967-GAO

## AFFIDAVIT OF CHAD A. SHULTZ FOR ADMISSION PRO HAC VICE

**State of Georgia**        )

                                            SS:

**County of Fulton**        )

**CHAD A. SHULTZ,** being duly sworn, hereby deposes and says as follows:

1.    I am a partner with the law firm of Ford & Harrison LLP.

2.    I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3.    As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the United States District Court for the Northern District of Georgia.

4.    There are no pending disciplinary proceedings against me in any State or Federal court.

5.    Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Respectfully submitted,

CHAD A SHULTZ
GEORGIA BAR NO. 644440
FORD & HARRISON LLP
1275 PEACHTREE STREET, N.E., SUITE 600
ATLANTA, GA 30309
PHONE:     (404) 888-3800
FAX:         (404) 888-3863

Attorneys for Defendants

Sworn to and subscribed this 10 day of
September, 2004.

_____
Notary Public

My Commission Expires:
Notary Public, Henry County, Georgia
My Commission Expires April 1, 2006

Atlanta:351927.1