UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| HALLENE LIETEAU,<br><br>Plaintiff,<br><br>v.<br><br>WORLDSPAN, LP. and,<br>WORLDSPAN TECHNOLOGIES,<br>INC.<br><br>Defendants. | § § § § § § § § § § § | CASE NO. 1:04-cv-10967-GAO |

## ASSENTED-TO MOTION
## WITHDRAWAL OF COUNSEL

COMES NOW Defendants Worldspan, LP. and Worldspan Technologies, Inc., (hereinafter "Defendants"), and move this Court to permit defense counsel Robert E. Rigrish to withdraw from this case. In support of its Motion, Defendants show the Court the following:

1. Mr. Rigrish has left the law firm of Ford & Harrison LLP;

2. Defendants will continue to be represented by Ford & Harrison LLP and its present co-counsel, Allison Romantz;

3. Plaintiff has been notified of, and consented to, this withdrawal;

4. Withdrawal of attorney Rigrish will not prejudice the parties or delay resolution of this litigation; and,

5. Defendant has hereby given notice of this withdrawal to opposing counsel.

In light of the above, Defendants respectfully request that this Court grant its Motion for Withdrawal of Counsel. A proposed Order is attached as Exhibit A.

Respectfully submitted,

MORGAN, BROWN & JOY LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

_____
Allison K. Romantz (BBO #554909)

Dated:   September 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Jonathan Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114, by facsimile and first-class U.S. mail this 13th day of September 2004.

_____

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| HALLENE LIETEAU, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § CASE NO. 1:04-cv-10967-GAO | |
| § | |
| WORLDSPAN, LP. and, § | |
| WORLDSPAN TECHNOLOGIES, § | |
| INC. § | |
| § | |
| Defendants. § | |

## ORDER

The Motion of Defendants Worldspan, LP. and Worldspan Technologies, Inc., to allow Robert E. Rigrish to withdraw as counsel of record, having been read and considered, it is hereby ordered that said motion is granted.

SO ORDERED, this _____ day of _____, 2004.


_____
Judge, United States District Court


Atlanta:351926.1

2