UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HALLENE LIETEAU<br>Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| WORLDSPAN, L.P.<br>Defendant | ) 04-CV-10967-GAO<br>)<br>) |

## CERTIFICATION OF BUDGET AND ADR CONFERENCE

NOW COMES Jonathan M. Feigenbaum, Esquire, legal counsel for the plaintiff, Hallene Lieteau, pursuant to Rule 16.1(D)(3) and certify that the plaintiff and her legal counsel have conferred regarding (a) the projected costs of litigating this matter through a trial on the merits and that a budget has been established for the costs of conducting the full litigation; and (b) to consider the resolution of this case through the use of alternative dispute resolution programs.

_____
HALLENE LIETEAU

DATED:
9/27/04

_____
Jonathan M. Feigenbaum, Esq.
B.B.O. #546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No. : (617) 367-8787

L:\Liet003\certificate.adr.wpd

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail) on Oct 15, 2004