IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Hallene Lieteau,<br><br>        Plaintiff,<br><br>v.<br><br>Worldspan, L.P. and<br>Worldspan Technologies, Inc.,<br><br>        Defendants. | Civil Action No.  04-10967-GAO |

## DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Worldspan, L.P. and Worldspan Technologies, Inc. (collectively "Defendants") and their counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation. In addition, Defendants and their counsel have considered the resolution of this litigation through the use of alternative dispute resolution programs. Defendants will be prepared to respond to whether they will agree to attempt to resolve this litigation by such a program at the scheduling conference.

Dated this 25th day of October 2004.

_____
Margaret K. Cassidy, Esq.
Vice President and Associate General Counsel

Authorized Representative of
Worldspan, L.P and
Worldspan Technologies, Inc.

_____
Chad A. Shultz (Ga. Bar No. 644440)
Thomas L. McDaniel (Ga. Bar No. 488248)
*Admitted pro hac vice*
FORD & HARRISON LLP
1275 Peachtree Street, N.E.
Suite 600
Atlanta, GA 30309
(404) 888-3800

1

Allison K. Romantz (BBO# 554909)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Counsel for Defendants
Worldspan, L.P. and
Worldspan Technologies, Inc.

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT I HAVE
SERVED A COPY OF THE FOREGOING TO
ALL PARTIES OR THEIR COUNSEL OF RECORD
THIS DAY BY U.S. MAIL

_____
CHAD A. SHULTZ, ESQ.

Atlanta:355752.1