IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Hallene Lieteau,**

    **Plaintiff,**

    **v.**

**Worldspan, L.P. and**
**Worldspan Technologies, Inc.,**

    **Defendants.**

Civil Action No. 04-10967-GAO

### DEFENDANTS' MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW Defendants Worldspan, L.P. and Worldspan Technologies, Inc. (hereinafter "Defendants") and move this Court to permit defense counsel Thomas L. McDaniel to withdraw from this case. In support of its Motion, Defendants show the Court the following:

1. Mr. McDaniel is leaving the law firm of Ford & Harrison LLP and the private practice of law;

2. Defendants will continue to be represented by Ford & Harrison LLP and its present counsel Chad A. Shultz with the continued assistance of local counsel Allison K. Romantz of the law firm Morgan, Brown & Joy;

3. Defendants have been notified of, and consented to, this withdrawal;

4. Withdrawal of attorney McDaniel will not prejudice the parties or delay the resolution of this litigation; and,

5. Defendants have hereby given notice of this withdrawal to opposing counsel Jonathon Feigenbaum.

In light of the above, Defendants respectfully request that this Court grant its Motion for Withdrawal of Counsel. A proposed Order is attached as Exhibit A.

Respectfully submitted this ____ day of January, 2005.

_____
Thomas L. McDaniel, Esq.
Ga. Bar. No. 488248
*Admitted Pro Hac Vice*

_____
Chad A. Shultz, Esq.
Ga. Bar No. 644440
**FORD & HARRISON LLP**
1275 Peachtree Street, N.E.
Suite 600
Atlanta, GA 30309
(404) 888-3800

_____
Alison K. Romantz, Esq.
BBO# 554909
**MORGAN, BROWN & JOY**
One Boston Place
Boston, MA 02108
(617) 523-6666

Attorneys for Defendants Worldspan, L.P. and Worldspan Technologies, Inc.

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT I HAVE
SERVED A COPY OF THE FOREGOING TO
ALL PARTIES OR THEIR COUNSEL OF RECORD
THIS DAY BY U.S. MAIL.

_____
OF COUNSEL

Atlanta:360065.1

2