IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Hallene Lieteau,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**Worldspan, L.P. and**<br>**Worldspan Technologies, Inc.,**<br><br>     **Defendants.** | **Civil Action No. 04-10967-GAO** |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION FOR WITHDRAWAL OF COUNSEL**

The Motion of Defendants Worldspan, L.P. and Worldspan Technologies, Inc. to allow Thomas L. McDaniel to withdraw as counsel of record, having been read and considered, it is hereby ordered that said motion is granted.

SO ORDERED, this _____ day of _____, 2005.

_____
Judge, United States District Court
District of Massachusetts