UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Hallene Lieteau,<br><br>      Plaintiff,<br><br>v.<br><br>Worldspan, L.P.,<br><br>      Defendant. | CIVIL ACTION NO. 1:04CV10967-GAO |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that as of December 24, 2004, the address for Defendant's local counsel in the above-entitled action will be:

    Allison K. Romantz, Esq.
    Morgan, Brown & Joy, LLP
    200 State Street
    Boston, MA 02109
    T: (617) 523-6666
    F: (617) 367-3125

                                      Respectfully submitted,

                                      Allison Romantz
                                      MORGAN, BROWN & JOY, LLP
                                      200 State Street
                                      Boston, MA 02109
                                      617 523-6666

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she served a copy of the foregoing upon the following via U.S. Mail, postage prepaid, on January 12, 2005:

> Jonathan M. Feigenbaum, Esq.
> Phillips & Angley
> One Bowdoin Square
> Boston, MA 02114

_____
Allison Romantz