UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HALLENE LIETEAU

    Plaintiff

v.                                        CIVIL ACTION NO. 04-0967-GAO

WORLDSPAN, L.P.

WORLDSPAN TECHNOLOGIES, INC.

    Defendants

## STIUPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS

NOW COME the parties, each through their respective counsel, hereby stipulating and agreeing pursuant to Rule 41(a)(1)(ii) of F.R.Civ.P., that this Court may enter an order dismissing all claims in the above referenced matter, each party bearing its/her own costs and attorneys' fees.

All parties waive all rights of appeal.

| | |
|---|---|
| HALLENE LIETEAU | WORLDSPAN, L.P. and<br>WORLDSPAN TECHNOLOGIES, INC., |
| By her attorney, | By their attorneys, |

_/s/ Jonathan M. Feigenbaum_
Jonathan M. Feigenbaum
BBO # 546686
PHILLIPS & ANGLEY
One Bowdoin Square
Boston, MA 02114
(617) 367-8787

_/s/ Chad A. Shultz_
Chad A. Shultz (Ga. Bar No. 644440)
FORD & HARRISON, LLP
1275 Peachtree Street, N.E.
Suite 600
Atlanta, GA 30309
(404) 888-3800
*Admitted Pro Hac Vice*

_/s/ Allison K. Romantz_
Allison K. Romantz (BBO# 554909)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
(617) 523-6666